In the Matter of the Judicial Settlement of the Account of Proceedings of GUARANTY TRUST COMPANY OF NEW YORK and EDWARD H. KOENIG, as Executors,

etc., of HERBERT A. KOENIG, Deceased. IRMA K. HOLTER, Objectant, Appellant; GUARANTY TRUST COMPANY OF NEW YORK and EDWARD H. KOENIG, as Executors, etc., of HERBERT A. KOENIG, Deceased, and PAUL C. HOLTER, JUNIOR, by JOHN COLLINS, Special Guardian, Respondents.— Decree so far as appealed from unanimously affirmed, with costs to the respondents payable out of the fund. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.